1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   KENNON WELCH,                    )     No. EDCV 08-807-AHS(CW)
                                      )
13              Petitioner,           )     JUDGMENT
                                      )
14        v.                          )
                                      )
15   DEBRA DEXTER (Warden),           )
                                      )
16              Respondent.           )
     _____       )
17
18
19        **IT IS ADJUDGED** that the petition is dismissed as successive.
20
21   DATED:     JUL -3 2008
22
23                              _____
                                     ALICEMARIE H. STOTLER
24                              Chief United States District Judge
25
26
27
28